IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIDGEMAN                              :      CIVIL ACTION
                                       :
    vs.                                :
                                       :      NO. 02-3524
NEW JERSEY TRANSIT

<u>O R D E R</u>

**AND NOW, TO WIT:** This 20th day of February, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                                                 **MICHAEL E. KUNZ**, Clerk of Court


                                                 **BY:**_____
                                                          Sheila M. Jeffers
                                                          Deputy Clerk

_____ copies via FAX to:              _____ copies mailed to:

Civ 2 (7/83)
41.1(b)